# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,

            Plaintiffs,

   v.

TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation, and AMERICAN AIRLINES, INC., a Delaware corporation,

            Defendants.

Case No. 1:17-cv-05648

Hon. John J. Tharp, Jr.

Magistrate Judge Jeffrey Cole

# NOTICE OF MOTION

TO: (See attached service list.)

    PLEASE TAKE NOTICE that on December 13, 2018, at 9:00 a.m., the undersigned shall appear before the Honorable Judge John J. Tharp, Jr., or any judge sitting in his stead in Courtroom 1419 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the accompanying **Plaintiffs' Unopposed Motion for Leave to File Appendices to Plaintiffs' Second Amended Class Action Complaint**.

Dated: December 6, 2018                 Respectfully submitted,

                                          By: */s/ Todd L. McLawhorn*

                                          Todd L. McLawhorn
                                          *tmclawhorn@siprut.com*
                                          Stewart M. Weltman
                                          *sweltman@siprut.com*
                                          Michael Chang
                                          *mchang@siprut.com*
                                          **SIPRUT PC**
                                          17 North State Street
                                          Suite 1600
                                          Chicago, Illinois 60602
                                          Phone: 312.236.0000
                                          Fax: 312.754.9616

                                          Warren T. Burns\*
                                          *wburns@burnscharest.com*
                                          **BURNS CHAREST LLP**
                                          500 North Akard Street
                                          Suite 2810
                                          Dallas, Texas 75201
                                          Phone: 469.904.4550

                                          Korey A. Nelson\*
                                          *knelson@burnscharest.com*
                                          Charles J. Gower\*
                                          *jgower@burnscharest.com*
                                          **BURNS CHAREST LLP**
                                          365 Canal Street
                                          Suite 1170
                                          New Orleans, Louisiana 70130
                                          Phone: 504.799.2845

                                          \*Admitted Pro Hac Vice

*Attorneys for Plaintiffs
and the Proposed Putative Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on this 6th day of December 2018, and served electronically on all counsel of record.

<u>/s/ Todd L. McLawhorn</u>