Thor Zurbriggen, et al.
                                        Plaintiff,

v.                                                      Case No.: 1:17−cv−05648
                                                        Honorable John J. Tharp Jr.

American Airlines Group Inc., et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2018:

    MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held. Plaintiffs' unopposed motion for leave to file appendices to plaintiffs' second amended class action complaint [122] is granted. The stipulation at ECF 122−1 is entered as an order of the Court, but is modified, however, to require that for any Appendices filed on or before January 22, 2019 (rather than January 11, 2019, as originally stated in paragraph 7 of the stipulation), Defendants shall have until February 22, 2019 to respond. Defendant American Airlines, Inc.'s reply to its motion to quash [117] is due by 12/20/18. Defendant American Airlines, Inc.'s motion requesting in camera review [120] is taken under advisement along with the motion to quash. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.