# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN et al., on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:17-cv-05648<br><br>Honorable John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

## DEFENDANT AMERICAN AIRLINES, INC.'S RESPONSE TO THE SEALING OF THE SECOND AMENDED COMPLAINT

Pursuant to the Court's Mandatory Initial Discovery Pilot Project ("MIDP"), American Airlines, Inc. ("American") produced numerous documents that it designated as confidential in accordance with the parties' Agreed Confidentiality Order. In their Second Amended Complaint ("SAC"), Plaintiffs frequently refer to and/or quote excerpts from documents designated by American as confidential. Thus, Plaintiffs sought leave to file a significant number of their allegations in the SAC under seal. During the October 16, 2018 presentment hearing, this Court instructed American to respond to Plaintiffs' sealing motion and explain which of Plaintiffs' allegations, if any, qualify for sealing under the Seventh Circuit's sealing standard.

In many of the 486 paragraphs of the SAC, Plaintiffs mischaracterize the content of the documents that American produced and/or reference purported statements that are not relevant to

Plaintiffs' claims. American views Plaintiffs' mischaracterizations and over-inclusive references to its internal documents as a misuse of the MIDP and an attempt to obtain publicity through misinformation. It appears that Plaintiffs are attempting to stoke fear amongst American's employees and/or manipulate public opinion in the hopes that negative publicity will influence the outcome of this case—regardless of its merits.

With that said, rather than have the Court expend additional resources to address the sealing of Plaintiffs' allegations in the SAC, American has decided not to object to the Court unsealing all of Plaintiffs' allegations in the SAC if the Court deems it appropriate to do so. American's non-opposition to the unsealing of Plaintiffs' allegations in the SAC, however, is limited only to the allegations in the SAC. If Plaintiffs at some point seek to file in the public record any particular document that American has designated as confidential, American will, pursuant to the process set forth in the parties' Agreed Confidentiality Order, consider at that time what, if any, portions of each such document are appropriately de-designated.

Dated: December 14, 2018				Respectfully submitted,

							By:_____/s/ Mark W. Robertson_____

							Mark W. Robertson (NY Bar # 4508248)
							(*admitted pro hac vice*)
							O'MELVENY & MYERS LLP
							Times Square Tower
							7 Times Square
							New York, New York 10036
							Telephone: (212) 326-2000
							Fax: (212) 326-2061
							Email: mrobertson@omm.com

							Susannah K. Howard (CA Bar # 291326)
							(*admitted pro hac vice*)
							O'MELVENY & MYERS LLP
							Two Embarcadero Center, 28th Floor
							San Francisco, California 94111

Telephone: (415) 984-8700
Fax: (415) 984-8701
E-mail: showard@omm.com

Larry S. Kaplan
KAPLAN, MASSAMILLO &
ANDREWS LLC
200 West Madison Street, 16th Fl.
Chicago, Illinois 60606
Telephone: (312) 345-3000
Fax: (312) 345-3119
E-mail: lkaplan@kmalawfirm.com

***Attorneys for Defendants American Airlines Group Inc., American Airlines, Inc*., *PSA Airlines, Inc., and Envoy Air Inc.***

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that, on this 14th day of December, 2018, copies of the foregoing document and all exhibits thereto were filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

By:   /s/ *Mark W. Robertson*
        Mark W. Robertson