Thor Zurbriggen, et al.
                                          Plaintiff,

v.                                                  Case No.: 1:17−cv−05648
                                                       Honorable John J. Tharp Jr.

American Airlines Group Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 17, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon review of defendant American's response to the sealing of the second amended complaint [129], the plaintiffs' motion for leave to file their second amended class action complaint under seal [99] is denied. Accordingly, defendant Twin Hill's motion for leave to file its answer and affirmative defenses to the second amended complaint under seal [110] is denied as well. The Clerk of the Court is directed to unseal the plaintiffs' second amended class action complaint [98] and defendant Twin Hill's answer and affirmative defenses to that complaint [112]. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.