**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>     Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

## ***APPENDIX L TO THE SECOND AMENDED COMPLAINT***

520. Plaintiff Suzanne Thierry ("Plaintiff Thierry"), a flight attendant, is a resident and citizen of North Carolina and is currently domiciled in Charlotte, North Carolina. For purposes of 28 U.S.C. § 1332, Plaintiff Thierry is a citizen of North Carolina. Plaintiff Thierry is an employee of American Airlines, Inc.

521. Plaintiff Thierry had adverse reactions while wearing the Twin Hill uniform. As a result, in or about December 2016, she stopped wearing the Twin Hill uniform. But Plaintiff Thierry continued to experience adverse reactions when she worked around others who wore the Twin Hill uniforms, and informed American of this problem. She filed an Injury on Duty report on numerous occasions, including in or about December 2016, January 2017, and February 2017, regarding her proximity reactions. In or about February 2017, Plaintiff Thierry had a phone conversation with her manager regarding her proximity reactions, and has since then spoken with her manager in person on numerous occasions. On or about March 9, 2017, Plaintiff Thierry emailed her manager regarding her ongoing proximity reactions to the uniforms. In or about April 2017, Plaintiff Thierry had a conversation with her manager and union base president regarding her continued proximity reactions and the deletion of Injury on Duty reports she previously filed. At no time did American ever reassign Plaintiff Thierry so that she would not have to work around the Twin Hill uniforms. American knew that Plaintiff Thierry was suffering, and would continue to suffer, proximity reactions, and instead of taking steps to ameliorate her suffering knowingly continued to cause her bodily harm. Each time that American assigned Plaintiff Thierry to work with others who were wearing Twin Hill uniforms while knowing that she would suffer a proximity reaction was a separate, intentional tort by American.

522. Plaintiff Thierry asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

***APPENDIX M TO THE SECOND AMENDED COMPLAINT***

523. Plaintiff Monte E. Dunard ("Plaintiff Dunard"), a pilot, is a resident and citizen of Virginia and is currently domiciled in Woodbridge, Virginia. For purposes of 28 U.S.C. § 1332, Plaintiff Thierry is a citizen of Virginia. Plaintiff Thierry is an employee of American Airlines, Inc.

524. Plaintiff Dunard had adverse reactions while wearing the Twin Hill uniform. As a result, in or about April 2017, he stopped wearing the Twin Hill uniform. But Plaintiff Dunard continued to experience adverse reactions when he worked around others who wore the Twin Hill uniforms, and informed American of this problem. In or about December 2018, Plaintiff Dunard wrote his Chief Pilot regarding the proximity reactions he was experiencing since he stopped wearing the Twin Hill uniform. At no time did American ever reassign Plaintiff Dunard so that he would not have to work around the Twin Hill uniforms. American knew that Plaintiff Dunard was suffering, and would continue to suffer, proximity reactions, and instead of taking steps to ameliorate his suffering knowingly continued to cause him bodily harm. Each time that American assigned Plaintiff Dunard to work with others who were wearing Twin Hill uniforms while knowing that he would suffer a proximity reaction was a separate, intentional tort by American.

525. Plaintiff Dunard asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Appendices L and M to Plaintiffs' Second Amended Class Action Complaint** was filed electronically with the Clerk of the Court using the CM/ECF system on this 7th day of January 2019, and served electronically on all counsel of record.

*/s/ Todd L. McLawhorn*