**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated, <br><br>   Plaintiffs, <br>   v. <br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation, <br><br>   Defendants. | Case No. 1:17-cv-05648 <br><br> Hon. John J. Tharp, Jr. <br><br> Magistrate Judge Jeffrey Cole |

***APPENDIX S TO THE SECOND AMENDED COMPLAINT***

541. Plaintiff Brenda Whitney ("Plaintiff Whitney"), a flight attendant, is a resident and citizen of Massachusetts and is currently domiciled in Marblehead, Massachusetts. For purposes of 28 U.S.C. § 1332, Plaintiff Whitney is a citizen of Massachusetts. Plaintiff Whitney is an employee of American Airlines, Inc.

542. Plaintiff Whitney experienced adverse reactions even before she received her Twin Hill uniforms when she worked around others who wore the Twin Hill uniforms, and informed American of this problem. As a result, in or about September 2016, Plaintiff Whitney told her Flight Service Manager that she would not be wearing the Twin Hill uniforms because of proximity reactions she experienced. Then, in or about November 2016, Plaintiff Whitney filed an Injury on Duty Report with American and a reaction report with the APFA concerning her ongoing proximity reactions to the uniforms. On numerous occasions, Plaintiff Whitney informed her Supervisors and Base Manager that she was experiencing proximity reactions. As recently as November 2018, Plaintiff Whitney informed her Supervisor over the phone that she was experiencing proximity reactions. At no time did American ever reassign Plaintiff Whitney so that she would not have to work around the Twin Hill uniforms. American knew that Plaintiff Whitney was suffering, and would continue to suffer, proximity reactions, and instead of taking steps to ameliorate her suffering knowingly continued to cause her bodily harm. Each time that American assigned Plaintiff Whitney to work with others who were wearing Twin Hill uniforms while knowing that she would suffer a proximity reaction was a separate, intentional tort by American.

543. Plaintiff Whitney asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation, <br><br> Defendants. | Case No. 1:17-cv-05648 <br><br> Hon. John J. Tharp, Jr. <br><br> Magistrate Judge Jeffrey Cole |

***APPENDIX T TO THE SECOND AMENDED COMPLAINT***

544. Plaintiff Christina Baugh ("Plaintiff Baugh"), a flight attendant, is a resident and citizen of California and is currently domiciled in Santa Ana, California. For purposes of 28 U.S.C. § 1332, Plaintiff Baugh is a citizen of California. Plaintiff Baugh is an employee of Envoy Air Inc.

545. She was hired by Envoy in February 2017 and was required to purchase Twin Hill garments.

546. Her payments were made by deductions from her salary over the next year.

547. At the time of her purchase she was not told that there were reports of health issues regarding the Twin Hill uniforms.

548. When she arrived at training she received her Twin Hill garments and was told to wear them at all times.

549. She began reacting shortly thereafter and informed her manager of this fact.

550. Her manager told her that she needed to get a doctor's note in order to not wear the Twin Hill garments, was unaware that American had already allowed employees to wear alternate garments, and afraid of rocking the boat, as she was on probation, she continued to wear the Twin Hill garments even though she was reacting.

551. Her reactions continued to get worse and eventually she was permitted to wear alternative clothing.

552. As a result, in or about October 2018 she stopped wearing the Twin Hill uniform and began wearing an alternate uniform. But Plaintiff Baugh continued to experience adverse reactions when she worked around others who wore the Twin Hill uniforms. Plaintiff Baugh, despite continuing to suffer from proximity reactions, has not yet reported her proximity reactions to American. This pleading serves as such notification. Plaintiff Baugh asserts claims against American going forward for any failure by American to take steps to ameliorate her suffering and

for every time in which American assigns Plaintiff Baugh to work with others who are wearing the Twin Hill uniforms.

553. Plaintiff Baugh asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>     Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

***APPENDIX U TO THE SECOND AMENDED COMPLAINT***

554. Plaintiff Sonja Olson ("Plaintiff Olson"), a flight attendant, is a resident and citizen of California and is currently domiciled in Hawthorne, California. For purposes of 28 U.S.C. § 1332, Plaintiff Olson is a citizen of California. Plaintiff Olson is an employee of American Airlines, Inc.

555. Plaintiff Olson experienced adverse reactions while wearing the Twin Hill uniform. As a result, in or about May 2018 she stopped wearing the Twin Hill uniform and began wearing an alternate uniform. But Plaintiff Olson continued to experience adverse reactions when she worked around others who wore the Twin Hill uniforms. In or about May 2018, Plaintiff Olson told her Flight Service Manager that she was experiencing proximity reactions to the Twin Hill uniforms when working near other flight attendants and pilots wearing the Twin Hill uniforms. At no time did American ever reassign Plaintiff Olson so that she would not have to work around the Twin Hill uniforms. American knew that Plaintiff Olson was suffering, and would continue to suffer, proximity reactions, and instead of taking steps to ameliorate her suffering knowingly continued to cause her bodily harm. Each time that American assigned Plaintiff Olson to work with others who were wearing Twin Hill uniforms while knowing that she would suffer a proximity reaction was a separate, intentional tort by American.

556. Plaintiff Olson asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

***APPENDIX V TO THE SECOND AMENDED COMPLAINT***

557. Plaintiff Michelle Corey ("Plaintiff Corey"), a flight attendant, is a resident and citizen of Texas and is currently domiciled in Flower Mound, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff Corey is a citizen of Texas. Plaintiff Corey is an employee of American Airlines, Inc.

558. Plaintiff Corey had adverse reactions while wearing the Twin Hill uniform. As a result, in or about February 2017 she stopped wearing the Twin Hill uniform and began wearing an alternate uniform. But Plaintiff Corey continued to experience adverse reactions when she worked around others who wore the Twin Hill uniforms. Plaintiff Corey, despite continuing to suffer from proximity reactions, has not yet reported her proximity reactions to American. This pleading serves as such notification. Plaintiff Corey asserts claims against American going forward for any failure by American to take steps to ameliorate her suffering and for every time in which American assigns Plaintiff Corey to work with others who are wearing the Twin Hill uniforms.

559. Plaintiff Corey asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

***APPENDIX W TO THE SECOND AMENDED COMPLAINT***

560. Plaintiff Laura Young ("Plaintiff Young"), a flight attendant, is a resident and citizen of North Carolina and is currently domiciled in Charlotte, North Carolina. For purposes of 28 U.S.C. § 1332, Plaintiff Young is a citizen of North Carolina. Plaintiff Young is an employee of American Airlines, Inc.

561. Plaintiff Young had adverse reactions while wearing the Twin Hill uniform. As a result, in or about March 2017 she stopped wearing the Twin Hill uniform and began wearing an alternate uniform. But Plaintiff Young continued to experience adverse reactions when she worked around others who wore the Twin Hill uniforms. Plaintiff Young, despite continuing to suffer from proximity reactions, has not yet reported her proximity reactions to American. This pleading serves as such notification. Plaintiff Young asserts claims against American going forward for any failure by American to take steps to ameliorate her suffering and for every time in which American assigns Plaintiff Young to work with others who are wearing the Twin Hill uniforms.

562. Plaintiff Young asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>   v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>            Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

***APPENDIX X TO THE SECOND AMENDED COMPLAINT***

563. Kaneesha Shanneen ("Plaintiff Shanneen"), a flight attendant, is a resident and citizen of North Carolina and is currently domiciled in Greensboro, North Carolina. For purposes of 28 U.S.C. § 1332, Plaintiff Shanneen is a citizen of North Carolina. Plaintiff Shanneen is a former employee of PSA Airlines, Inc.—she was terminated from her employment December 2018 because of the accumulation of sick leave due to her adverse reactions to the Twin Hill uniforms.

564. Plaintiff Shanneen experienced adverse reactions while wearing the Twin Hill uniform. As a result, in or about May 2017 she stopped wearing the Twin Hill uniform and began wearing an alternate uniform, except for a breast cancer awareness scarf from Twin Hill she wore in October 2017. Nonetheless, Plaintiff Shanneen continued to experience adverse reactions when she worked around others who wore the Twin Hill uniforms. Plaintiff Shanneen informed her Inflight Supervisor on numerous occasions that she was a proximity reactor. As recently as December 2018, shortly before she was terminated, Plaintiff Shaneen spoke with her Inflight Supervisor about taking personal leave as a result of her proximity reactions. At no time did American ever reassign Plaintiff Shanneen so that she would not have to work around the Twin Hill uniforms. American knew that Plaintiff Shanneen was suffering, and would continue to suffer, proximity reactions, and instead of taking steps to ameliorate her suffering knowingly continued to cause her bodily harm. Each time that American assigned Plaintiff Shanneen to work with others who were wearing Twin Hill uniforms while knowing that she would suffer a proximity reaction was a separate, intentional tort by American.

565. Plaintiff Shanneen asserts Counts I-VI against Defendants, seeks to represent both the Uniform Class and Proximity Reactor Class, and also seeks, as part of her individual claim, damages for wrongful termination from American.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>      Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

***APPENDIX Y TO THE SECOND AMENDED COMPLAINT***

566. Plaintiff Mary McAlpin ("Plaintiff McAlpin"), a flight attendant, is a resident and citizen of Texas and is currently domiciled in Flower Mound, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff McAlpin is a citizen of Texas. Plaintiff McAlpin is an employee of American Airlines, Inc.

567. Plaintiff McAlpin had adverse reactions while wearing the Twin Hill uniform. As a result, in or about October 2017 she stopped wearing the Twin Hill uniform and began wearing an alternate uniform. In or about January 2018, Plaintiff McAlpin told her Flight Service Manager that she was experiencing proximity reactions to the Twin Hill uniforms. Then, in or about February 2018, Plaintiff McAlpin submitted a reaction report to the APFA (for reporting to American), regarding her proximity reactions to the Twin Hill uniform. At no time did American ever reassign Plaintiff McAlpin so that she would not have to work around the Twin Hill uniforms. American knew that Plaintiff McAlpin was suffering, and would continue to suffer, proximity reactions, and instead of taking steps to ameliorate her suffering knowingly continued to cause her bodily harm. Each time that American assigned Plaintiff McAlpin to work with others who were wearing Twin Hill uniforms while knowing that she would suffer a proximity reaction was a separate, intentional tort by American.

568. Plaintiff McAlpin asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

***APPENDIX Z TO THE SECOND AMENDED COMPLAINT***

569. Plaintiff Casey Mangone ("Plaintiff Mangone"), a flight attendant, is a resident and citizen of Arizona and is currently domiciled in Phoenix, Arizona. For purposes of 28 U.S.C. § 1332, Plaintiff Mangone is a citizen of Arizona. Plaintiff Mangone is an employee of American Airlines, Inc.

570. Plaintiff Mangone had adverse reactions while wearing the Twin Hill uniform. As a result, in or about July 2018 she stopped wearing the Twin Hill uniform and began wearing an alternate uniform. In or about July 2018, Plaintiff Mangone informed her two Supervisors that she was suffering from proximity reactions after switching to an alternate uniform. In or about October 2018, Plaintiff Mangone told an American executive that she was suffering from proximity reactions, and that executive took down her name and number. In or about February 2019, Plaintiff Mangone informed her Base Manager that she was experiencing proximity reactions to the Twin Hill uniforms. At no time did American ever reassign Plaintiff Mangone so that she would not have to work around the Twin Hill uniforms. American knew that Plaintiff Mangone was suffering, and would continue to suffer, proximity reactions, and instead of taking steps to ameliorate her suffering knowingly continued to cause her bodily harm. Each time that American assigned Plaintiff Mangone to work with others who were wearing Twin Hill uniforms while knowing that she would suffer a proximity reaction was a separate, intentional tort by American.

571. Plaintiff Mangone asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing **Appendices S through Z to Plaintiffs' Second Amended Class Action Complaint** was filed electronically with the Clerk of the Court using the CM/ECF system on this 4th day of June 2019, and served electronically on all counsel of record.

*/s/ Stewart M. Weltman*