IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation, <br><br> Defendants. | Case No. 1:17-cv-05648 <br><br> Hon. John J. Tharp, Jr. <br><br> Magistrate Judge Jeffrey Cole |

***APPENDIX AA TO THE SECOND AMENDED COMPLAINT***

572. Plaintiff Thomas F. Howard Jr. ("Plaintiff Howard"), a pilot, is a resident and citizen of Washington and is currently domiciled in North Bend, Washington. For purposes of 28 U.S.C. § 1332, Plaintiff Howard is a citizen of Washington. Plaintiff Howard is an employee of American Airlines, Inc.

573. Plaintiff Howard experienced adverse reactions while wearing the Twin Hill uniform. As a result, in or about March or April 2017 he stopped wearing the Twin Hill uniform and began wearing an alternate uniform. But Plaintiff Howard continued to experience adverse reactions when he worked around others who wore the Twin Hill uniforms and still does so. On or about September 12, 2018, Plaintiff Howard submitted a Crewmember injury / illness report with American and reported that he suffered an adverse reaction by being in proximity to a First Officer he was flying with. Again, on or about May 29, 2019, Plaintiff Howard submitted a Crewmember injury / illness report expressing his concern that First Officers were still wearing components of the Twin Hill uniforms past the official cutoff dates to get out of them for pilots. In the report, Plaintiff Howard expressed his concerns for his colleagues and himself who react to the Twin Hill uniforms. At no time did American ever reassign Plaintiff Howard so that he would not have to work around the Twin Hill uniforms. American knew that Plaintiff Howard was suffering, and would continue to suffer, proximity reactions, and instead of taking steps to ameliorate his suffering knowingly continued to cause him bodily harm. Each time that American assigned Plaintiff Howard to work with others who were wearing Twin Hill uniforms while knowing that he would suffer a proximity reaction was a separate, intentional tort by American.

574. Plaintiff Howard asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated, | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |
| Plaintiffs, | |
| v. | |
| TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation, | |
| Defendants. | |

***APPENDIX BB TO THE SECOND AMENDED COMPLAINT***

572. Plaintiff Kimberly Seiber ("Plaintiff Seiber"), a flight attendant, is a resident and citizen of Ohio and is currently domiciled in Huber Heights, Ohio. For purposes of 28 U.S.C. § 1332, Plaintiff Seiber is a citizen of Ohio. Plaintiff Seiber is an employee of PSA Airlines, Inc.

573. Plaintiff Seiber experienced adverse reactions while wearing the Twin Hill uniform. In or about February 2016, Plaintiff Seiber went to get fitted for her Twin Hill uniform. Unbeknownst to her, from that date until May 2016, she experienced adverse reactions to the Twin Hill uniforms because she was in constant proximity to the uniforms as she frequented a room in Charlotte, North Carolina that housed a large amount of the Twin Hill uniforms for purposes of fitting other American Airlines employees.

574. Not knowing her adverse reactions were caused by the uniforms, she was forced to take medical leave in or about May 2016 because of her mounting health problems. She has been on leave ever since.

575. Later, in or about July 2016, Plaintiff Seiber received the Twin Hill uniforms in or and experienced adverse reactions and as a result returned the uniforms for a non-wool uniform from Twin Hill. Plaintiff Seiber also had an adverse reaction to the non-wool option she received.

576. Nonetheless, Plaintiff Seiber experiences ongoing proximity reactions because of the Twin Hill uniforms because of the effects of sensitization to chemicals caused by the Twin Hill uniforms as she now reacts when she is proximity to certain everyday items such as clothing, bath soaps, and detergents.

577. Plaintiff Seiber was recently diagnosed with autoimmune rheumatoid arthritis in or about May 2019.

578. Plaintiff Seiber asserts Counts I-V against Twin Hill only and seeks to represent the Uniform Class.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

***APPENDIX CC TO THE SECOND AMENDED COMPLAINT***

579. Plaintiff Tessica Sizemore ("Plaintiff Sizemore"), a flight attendant, is a resident and citizen of Tennessee and is currently domiciled in Antioch, Tennessee. For purposes of 28 U.S.C. § 1332, Plaintiff Sizemore is a citizen of Tennessee. Plaintiff Sizemore is an employee of American Airlines, Inc.

580. Plaintiff Sizemore had adverse reactions while wearing the Twin Hill uniform. As a result, in or about June 2017 she stopped wearing the Twin Hill uniform and began wearing an alternate uniform. But Plaintiff Sizemore continued to experience adverse reactions when she worked around others who wore the Twin Hill uniforms. Plaintiff Sizemore, despite continuing to suffer from proximity reactions, has not yet reported her proximity reactions to American. This pleading serves as such notification. Plaintiff Sizemore asserts claims against American going forward for any failure by American to take steps to ameliorate her suffering and for every time in which American assigns Plaintiff Sizemore to work with others who are wearing the Twin Hill uniforms.

581. Plaintiff Sizemore asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation, <br><br> Defendants. | Case No. 1:17-cv-05648 <br><br> Hon. John J. Tharp, Jr. <br><br> Magistrate Judge Jeffrey Cole |

***APPENDIX DD TO THE SECOND AMENDED COMPLAINT***

582.    Plaintiff Katherine Christensen ("Plaintiff Christensen"), a flight attendant, is a resident and citizen of Pennsylvania and is currently domiciled in Essington, Pennsylvania. For purposes of 28 U.S.C. § 1332, Plaintiff Christensen is a citizen of Pennsylvania. Plaintiff Christensen is an employee of American Airlines, Inc.

583.    Plaintiff Christensen had adverse reactions while wearing the Twin Hill uniform. As a result, in or about December 2016 she stopped wearing the Twin Hill uniform and began wearing an alternate uniform. But Plaintiff Christensen continued to experience adverse reactions when she worked around others who wore the Twin Hill uniforms. Plaintiff Christensen informed two different Flight Service Managers that she was still experiencing proximity reactions because of the Twin Hill uniforms sometime in or about the spring of 2017. At no time did American ever reassign Plaintiff Christensen so that he would not have to work around the Twin Hill uniforms. American knew that Plaintiff Christensen was suffering, and would continue to suffer, proximity reactions, and instead of taking steps to ameliorate her suffering knowingly continued to cause her bodily harm. Each time that American assigned Plaintiff Christensen to work with others who were wearing Twin Hill uniforms while knowing that she would suffer a proximity reaction was a separate, intentional tort by American.

584.    Plaintiff Christensen asserts Counts I-VI against Defendants, and seeks to represent both the Uniform Class and Proximity Reactor Class.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Appendices AA through DD to Plaintiffs' Second Amended Class Action Complaint** was filed electronically with the Clerk of the Court using the CM/ECF system on this 18th day of October 2019, and served electronically on all counsel of record.

*/s/ Charles J. Gower*