IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN et al., on behalf of themselves and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>        Defendants. | Case No. 1:17-cv-05648<br><br>Honorable John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

**DEFENDANT AMERICAN AIRLINES GROUP INC., AMERICAN AIRLINES, INC., PSA AIRLINES, INC., AND ENVOY AIR INC.'S SUPPLEMENTAL MEMORANDUM TO DISMISS CLAIMS OF PLAINTIFFS IN APPENDICES AA to DD**

**ARGUMENT**

On October 18, 2019, four additional Plaintiffs— Howard, Seiber, Sizemore, and Christensen (the "Additional Plaintiffs")—filed appendices to the Second Amended Complaint ("SAC"). (*See* Appxs. AA-DD to the SAC, ECF No. 166.) American Airlines, Inc. ("American") hereby designates its Motion to Dismiss the SAC, Reply, First Supplemental Memorandum, and Reply in Support of First Supplemental Memorandum (collectively, the "Designated Filings") in response to the claims of all four Additional Plaintiffs. (*See* ECF Nos. 108, 141, 147 & 153.) The Additional Plaintiffs reside in four states—Ohio, Pennsylvania, Tennessee, and Washington. (*See* Appxs. AA-DD to the SAC.)

American previously addressed the law of all four states in the Designated Filings. (*See* ECF Nos. 108, 141, 147 & 153.) The individual allegations of the Additional Plaintiffs add nothing to the SAC or the prior Appendices that would change the conclusions American established in the Designated Filings. Accordingly, for the same reasons set forth in the Designated Filings, the claims of these four Additional Plaintiffs should be dismissed based on workers' compensation exclusivity and for failing to allege the essential elements of any of their claims. (*See* ECF Nos. 108, 141 147, & 153.)[1]

**CONCLUSION**

For the reasons stated in American's Motion, Reply, First Supplemental Memorandum and Reply in Support of First Supplemental Memorandum—ECF Nos. 108, 141, 147, and 153— the Additional Plaintiffs' claims against AAG, American, PSA, and Envoy should be dismissed with prejudice.

---

[1] Three of the Additional Plaintiffs are employees of American and one is an employee of PSA Airlines, Inc. ("PSA"). (Appxs. AA-DD to the SAC.) For the reasons set forth in footnote 1 of American's Motion, Plaintiffs' claims against AAG, Envoy and PSA fail for the same reasons that their claims fail as to American.

Dated: October 21, 2019          Respectfully submitted,

By:    */s/ Mark W. Robertson*
Mark W. Robertson (NY Bar # 4508248)
(*admitted pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061
Email: mrobertson@omm.com

Susannah K. Howard (CA Bar # 291326)
(*admitted pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Fax: (415) 984-8701
E-mail: showard@omm.com

Larry S. Kaplan (ARDC # 1398717)
KMA Zuckert LLC
200 W. Madison Street, 16th Floor
Chicago, IL 60606
Telephone: (312) 345-3035
E-mail: lkaplan@zmazuckert.com

***Attorneys for Defendants American Airlines Group Inc., American Airlines, Inc., PSA Airlines, Inc., and Envoy Air Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that, on this 21st day of October 2019, copies of the foregoing document and all exhibits thereto were filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

By: <u>/s/ *Mark W. Robertson*</u>
       Mark W. Robertson