IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation, <br><br> Defendants. | Case No. 1:17-cv-05648 <br><br> Hon. John J. Tharp, Jr. <br><br> Magistrate Judge Jeffrey Cole |

***APPENDIX EE TO THE SECOND AMENDED COMPLAINT***

585. Plaintiff Jennifer Johnson ("Plaintiff J. Johnson"), a flight attendant, is a resident and citizen of Tennessee and is currently domiciled in Knoxville, Tennessee. For purposes of 28 U.S.C. § 1332, Plaintiff Johnson is a citizen of Tennessee. Plaintiff Johnson is an employee of PSA Airlines, a wholly-owned subsidiary of American Airlines Group, Inc.

586. Plaintiff J. Johnson had adverse reactions while wearing the Twin Hill uniform.

587. Plaintiff J. Johnson began training as a flight attendant in August 2018. During that time she received a Twin Hill uniform.

588. Plaintiff J. Johnson wore the Twin Hill uniform for approximately four months without incident. But when she learned that many of her co-workers had experienced allergic reactions and were purchasing alternative uniforms, she too stopped wearing the Twin Hill uniform and purchased the alternative.

589. In August 2019, Plaintiff J. Johnson noticed a lump in her neck, which became sore and continued to grow bigger and bigger.

590. Plaintiff J. Johnson's doctor, without success, attempted to treat the lump with antibiotics and steroids.

591. On September 5, 2019, Plaintiff J. Johnson stopped working and went on FMLA leave without pay due to her reactions to the Twin Hill uniforms.

592. Plaintiff J. Johnson reported to AA that she was going on leave because of the Twin Hill garments.

593. Plaintiff J. Johnson's supervisor told her that "off the record", she was not the first employee to go on leave because of the Twin Hill uniforms.

594. The lumps on Plaintiff J. Johnson's neck have continued to grow.

595. Her doctor told Plaintiff J. Johnson that her lumps were likely caused by chemical exposures due to the Twin Hill uniforms.

596. Plaintiff J. Johnson has since thrown away her Twin Hill uniform, but her condition continues to worsen.

597. Plaintiff J. Johnson asserts Counts I-VI against Defendants, and seeks to represent the Uniform Class and the Proximity Reactor Class.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

***APPENDIX FF TO THE SECOND AMENDED COMPLAINT***

598. Plaintiff Walteria Roberts ("Plaintiff Roberts"), a flight attendant, is a resident and citizen of Florida and is currently domiciled in Jacksonville, Florida. For purposes of 28 U.S.C. § 1332, Plaintiff Johnson is a citizen of Florida. Plaintiff Roberts is an employee of American Airlines, Inc.

599. Plaintiff Roberts has had adverse reactions while wearing the Twin Hill uniform.

600. She received a Twin Hill uniform during her last month of training in March 2017. She purchased the uniform with her own money, but was not informed prior to her purchase that others had experienced adverse health reactions.

601. Plaintiff Roberts did not experience any adverse health reactions immediately, but approximately a month or two later she began experiencing minor itching. She did not think at the time that the itching was due to the uniform.

602. Plaintiff Roberts continued to wear the Twin Hill uniform until sometime in 2018 when she purchased an alternative Aramark uniform. Plaintiff Roberts knew others that were experiencing adverse health reactions as a result of their wearing or being around the Twin Hill uniforms, however, because her symptoms were, initially, minor rashes, she believed that she may might have previously been overreacting. So after wearing the Aramark uniform for a while, she switched back to the Twin Hill uniform in early 2019.

603. When Plaintiff Roberts began re-wearing the Twin Hill uniform in 2019, she began feeling fatigue, her heart would race, and she would get nauseated.

604. Plaintiff Roberts decided to switch out of the Twin Hill uniform dress and shirt and began wearing the pants and short sleeve shirt instead. Nevertheless, after this switch her symptoms progressively became worse.

605. In August 2019, Plaintiff Roberts went to the emergency room with bad stomach pain and could barely walk.

606. Thereafter Plaintiff Roberts stopped wearing the Twin Hill uniform for five days because she could not work. During this time, when she was not being exposed to the Twin Hill uniforms, she began to get better.

607. Plaintiff Roberts returned to work wearing her Twin Hill uniform and got sick again. She changed out of the Twin Hill uniform on a layover. During the second leg of this trip, even though she was not wearing the Twin Hill uniform, while around those who were wearing the Twin Hill garments, her symptoms got worse.

608. Plaintiff Roberts finally realized that her symptoms were caused by wearing and being around the Twin Hill uniforms.

609. Plaintiff Roberts asserts Counts I-VI against Defendants, and seeks to represent the Uniform Class.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated, <br><br>         Plaintiffs, <br>     v. <br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation, <br><br>         Defendants. | Case No. 1:17-cv-05648 <br><br> Hon. John J. Tharp, Jr. <br><br> Magistrate Judge Jeffrey Cole |

***APPENDIX GG TO THE SECOND AMENDED COMPLAINT***

610. Plaintiff Teresa Averill ("Plaintiff Averill"), a flight attendant, is a resident and citizen of Florida and is currently domiciled in Boca Raton, Florida. For purposes of 28 U.S.C. § 1332, Plaintiff Averill is a citizen of Florida. Plaintiff Averill is an employee of American Airlines, Inc.

611. Plaintiff Averill has had adverse reactions while wearing the Twin Hill uniform.

612. Plaintiff Averill first wore a Twin Hill uniform when she was fitted in April 2016. She started wearing the Twin Hill uniform later that fall 2019. She noticed that when it was hot, her skin became itchy where the Twin Hill uniform was touching.

613. In December 2016, Plaintiff Averill was diagnosed with a thyroid condition that has required to take thyroid medication going forward. Many others who have reacted to the Twin Hill garments have developed thyroid conditions.

614. Plaintiff Averill also has developed respiratory issues as a result of her exposure to the Twin Hill uniforms requiring her to be placed on an inhaler going forward. Prior to her exposure to the Twin Hill uniforms, Plaintiff Averill had never been diagnosed with asthma.

615. Her physician advised Plaintiff Averill that neither her lung nor thyroid conditions will likely improve.

616. Plaintiff Averill also suffers from rashes due to her exposure to the Twin Hill uniforms.

617. Her physician also advised Plaintiff Averill to discontinue wearing the Twin Hill uniform.

618. Prior to receiving the physician's advice, Plaintiff Averill did not connect her thyroid or breathing issues with the Twin Hill uniform.

619. Plaintiff Averill followed her physician's advice and ceased wearing the Twin Hill uniform shortly after Christmas 2016 but her health issues persist to this day.

620. Plaintiff Averill asserts Counts I-VI against Defendants, and seeks to represent the Uniform Class.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOR ZURBRIGGEN, DENA CATAN, HALEY JOHNSON, LYNNETTE CHESTER, KIMBERLY JOHNSON, JOSEPH CATAN, BARBARA BELL, DOUG CRUMRINE, LAJUAN PRESTON, TIMOTHY TERRY, JULIETTE ONODY, CONSTANCE GERMOND MCCORD, TIMOTHY R. AKERS, JULIE BURKE, PATRICIA BEHNKE, EDWARD J. BURKE, STEPHEN WEIGEL, DORA A. BROWN BRANCH, SOAD HAMDAN, VICKIE ISAAC, DEMETRIA ANDERSON, KEITH MAGINN, JUDITH J. DRAKE, DESIREE WEBBER-VAN BOXTEL, CHRISTINA NYAKAS, CHRISTINA H. ENDICOTT, SHERYL KELLY, SCOTT J. AUSTIN, MIN LI, CARLA J. PATTERSON, BOBBI GORDON, CARRIE BEAN, LISA JOY, KATHY L. RUNKLE, VERONICA VERA, JULIE F. KRESKO, SANDRA STUART, DEANNA JONES, and DEBORAH A. BRASIER on behalf of themselves and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation, AMERICAN AIRLINES GROUP INC., a Delaware corporation, AMERICAN AIRLINES, INC., a Delaware corporation, PSA AIRLINES, INC., a Pennsylvania corporation, ENVOY AIR INC., a Delaware corporation,<br><br>     Defendants. | Case No. 1:17-cv-05648<br><br>Hon. John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey Cole |

***APPENDIX HH TO THE SECOND AMENDED COMPLAINT***

621. Plaintiff Linda Coulter ("Plaintiff Coulter"), a flight attendant, is a resident and citizen of Virginia and is currently domiciled in Roanoke, Virginia. For purposes of 28 U.S.C. § 1332, Plaintiff Coulter is a citizen of Virginia. Plaintiff Coulter is a flight attendant with and an employee of American Airlines, Inc.

622. Plaintiff Coulter has had adverse reactions while wearing the Twin Hill uniform.

623. On September 22, 2016, Plaintiff Coulter returned to work after a bout of chemical pneumonia due to a fume event unrelated to the Twin Hill garments.

624. When she returned to work she wore her Twin Hill garments and experienced adverse skin reactions, like hives all over her back, abdomen, and legs. The rash was scratchy so she initially wore a chamisal under her shirt but that did not eliminate the rashes.

625. After developing the rashes, Plaintiff Coulter called her supervisor from Dublin, Ireland before the second leg of her trip and reported that she was having a horrible reaction to the Twin Hill uniforms.

626. Shortly thereafter, Plaintiff Coulter stopped wearing the Twin Hill garments and began wearing off-the-rack clothing.

627. Plaintiff Coulter has not worn a Twin Hill garment since but has continued to react due to being around those who continue to wear them.

628. However, Plaintiff Coulter began developing respiratory problems that have gotten progressively worse. She also started feeling fatigued.

629. In May of 2017, Plaintiff Coulter went to an allergist to see if her respiratory problems were due to allergies. She was given the standard patch testing and tested negative for every allergen tested, further evidencing that her symptoms were due to her exposure to the chemicals in the Twin Hill uniforms and not some common allergy.

630. From May 2018 to January 2019, Plaintiff Coulter was on medical leave due to sciatica as result of a disc issue. During her leave, because she was not exposed to the Twin Hill uniforms, her respiratory issues subsided.

631. Since she returned to work in January 2019, Plaintiff Coulter has had to drop trips because of respiratory issues in her chest and head.

632. Plaintiff Coulter noticed that her symptoms would get worse while at work, but that when she came home her symptoms would subside. This cycle repeats itself every time she works.

633. Five months ago Plaintiff Coulter was diagnosed with hypothyroidism. The medication she takes has helped with the fatigue, but her respiratory issues still plague.

634. Plaintiff Coulter's supervisor called her in September 2019 because she dropped a trip without any sick leave left. The supervisor told Plaintiff Coulter that she would be disciplined, even though her dropping the trip was the result of a respiratory event arising from her exposure to the Twin Hill uniforms.

635. As a result, Plaintiff Coulter filed an IOD to inform her employer about her proximity reactions. In response, AA told Plaintiff Coulter to get a flu shot.

636. Plaintiff Coulter's supervisor has since told her to go on FMLA leave due to her respiratory issues. If she calls in sick, she will not get fired; however, she will not get paid. Her FMLA leave has yet to be approved.

637. Plaintiff Coulter asserts Counts I-VI against Defendants, and seeks to represent the Uniform Class and the Proximity Reactor Class.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Appendices AA through DD to Plaintiffs' Second Amended Class Action Complaint** was filed electronically with the Clerk of the Court using the CM/ECF system on this 11th day of November 2019, and served electronically on all counsel of record.

*/s/ Charles J. Gower*