**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THOR ZURBRIGGEN, *et al.*, on behalf of
themselves and on behalf of all others similarly
situated,

               Plaintiffs,

        v.

TWIN HILL ACQUISITION COMPANY,
INC., a California corporation, AMERICAN
AIRLINES GROUP INC., a Delaware
corporation, AMERICAN AIRLINES, INC., a
Delaware corporation, PSA AIRLINES, INC.,
a Pennsylvania corporation, ENVOY AIR
INC., a Delaware corporation, AMERICAN
AIRLINES, INC., a Delaware corporation, and
MI HUB, LTD. trading as Dimensions, a
United Kingdom private limited Company,

               Defendants.

Case No. 1:17-cv-05648

Honorable John J. Tharp, Jr.

Magistrate Judge Jeffrey Cole

**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF MOTION AND MOTION
FOR SUMMARY JUDGMENT AS TO FLIGHT ONE PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 56, Defendant American Airlines, Inc. ("American") moves this Court for summary judgment in its favor as to Flight One Plaintiffs Douglas Crumrine, Lisa Joy, and Veronica Vera's ("Plaintiffs") two claims against it for battery and intentional infliction of emotional distress.  For the reasons detailed in American's accompanying memorandum of law, and based on the undisputed material facts, American is entitled to summary judgment.  Accordingly, American respectfully requests that the Court (1) enter judgment in favor of American and against Plaintiffs as to Plaintiffs' claims against American; (2) dismiss Plaintiffs' claims with prejudice; and (3) find that Plaintiffs shall recover nothing on their claims against American.

Dated: September 17, 2024.                      Respectfully Submitted,

By: */s/ Mark W. Robertson*
       Mark W. Robertson

Mark W. Robertson (NY Bar # 4508248)
(*admitted pro hac vice*)
Charles J. Mahoney (NY Bar # 5502885)
(*admitted pro hac vice*)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone: (212) 326-2000
Fax: (212) 326-2061
Email: mrobertson@omm.com
       cmahoney@omm.com

Susannah K. Howard (CA Bar # 291326)
(*admitted pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Fax: (415) 984-8701
E-mail: showard@omm.com

Kelly S. Wood (CA Bar # 267518)

1

(*admitted pro hac vice*)
Allison N. Bader (CA Bar # 324306)
(*admitted pro hac vice*)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Fax: (949) 823-6994
E-mail: kwood@omm.com
        abader@omm.com

Marni A. Holz (ARDC # 6309264)
GREENSPOON MARDER LLP
227 West Monroe St., Suite 3950
Chicago, Illinois 60606
Telephone: (773) 395-1623
E-mail: marni.holz@gmlaw.com

**Attorneys for Defendants American Airlines,
Inc., and PSA Airlines, Inc.**

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that, on this 17th day of September 2024, copies of the foregoing document were filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

By: */s/ Mark W. Robertson*
Mark W. Robertson